MARC A. PILOTIN
Regional Solicitor
ANDREW SCHULTZ
Counsel for Wage and Hour
PAIGE B. PULLEY (CSBN 312596)
KATHRYN A. PANACCIONE
Trial Attorney
Office of the Solicitor
United States Department of Labor
90 7th Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-2707
Facsimile:  (415) 625-7772
pulley.paige.b@dol.gov
Attorneys for the Plaintiff
Secretary of Labor

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **MARTIN J. WALSH**, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>**NAB, LLC d/b/a NAB NAIL SALON d/b/a NAB NAIL BAR.**, a Nevada limited liability corporation, **ASIA TRINH**, an individual and managing agent of the Corporate Defendant, **NICOLE BROWN,** an individual and managing agent of the Corporate Defendant,<br><br>Defendants. | Case No.: 2:21-cv-00984-JAD-VCF<br><br>**STIPULATION TO CONTINUE DISCOVERY CUT-OFF, DISCOVERY MOTION CUT-OFF, DISPOSITIVE MOTION DEADLINE, PRE-TRIAL CONFERENCE AND TRIAL**<br><br>**First Request** |

The parties in this action, MARTIN J. WALSH ("Plaintiff") and NAB, LCC, d/b/a NAB NAIL SALON d/b/a NAB NAIL BAR, a Nevada limited liability corporation, ASIA TRINH, an individual, and NICOLE BROWN, an individual ("Defendants") hereby stipulate and agree to continue the discovery cut-off date, discovery motion cut-off date, pre-trial conference, and trial date and respectfully request this Court to enter an order continuing the identified dates.

1. On May 21, 2021, Plaintiff filed a Complaint asserting violations of the Fair Labor Standards Act on the part of Defendants.  ECF No. 1.

2. On November 18, 2021, the court entered a Scheduling Order in which the discovery cut-off, including the hearing of discovery motions, was set for August 18, 2022, dispositive motion deadline was set for December 15, 2022, pre-trial conference was set for January 24, 2023, and trial was set for February 13, 2022. ECF No. 12.

3. On June 30, 2022 Defendants' counsel advised the Secretary that their legal representation of Defendants was likely to be terminated in the coming days. Should Defendants retain new counsel, they may express interest in revisiting settlement negotiations before additional discovery costs are incurred.  As outlined below, the parties require additional time to complete discovery and explore resolution as discovery progresses.

4. The Secretary issued Requests for Production ("RFPs") and Interrogatories on April 19, 2022.  On May 23, 2022, Defendants had not responded to the discovery requests.  The Secretary contacted counsel for Defendants, who advised that they would provide responses in a few days.  The Secretary followed

up with Defendants on May 27, 2022. On June 1, 2022, Defendants provided responses to the Secretary's first set of Interrogatories and links to documents.

5. Upon review, the Secretary discovered that Defendants' Interrogatory responses were non-responsive and the document links provided did not include any linked documents. The parties discussed the matter on June 1, 2022, and June 2, 2022. Defendants agreed to provide responsive answers to the Interrogatories and a response to the RFPs by June 6, 2022.

6. On June 6, 2022, Defendants provided revised Interrogatory responses and some documents. Upon review, the Secretary discovered that Defendants did not provide fully responsive documents for 14 of the 15 RFPs issued. In at least two instances (RFP 11 and 15) there was not a single document produced. Of the documents they did provide none were Bates stamped. Defendants did not provide any written response to the Secretary's RFPs—Defendants did not state any objections, they did not claim an inability to produce the requested documents or provide an explanation for the lack of production of responsive documents. Defendants also failed to provide fully responsive answers to at least six of the nine interrogatories. On June 29, 2022, the Secretary contacted Defendants' counsel to discuss the outstanding discovery issues. On June 30, 2022 Defendant's counsel advised the Secretary that their status as counsel for Defendants was likely to be terminated.

7. The Secretary has noticed and scheduled depositions for July 6, 7, and 8 of 2022. The Secretary does not anticipate needing any further depositions. Defendants have not served notices of deposition or discovery.

8. The Secretary cannot complete written discovery or the noticed depositions until Defendants provide responsive answers and documents to the discovery that the Secretary already propounded.

9. The parties hereby stipulate and agree to extend the discovery deadline, dispositive motions deadline, pre-trial conference, and trial date by approximately three months.

10. The parties make the identified requests in good faith and not to unduly delay the final disposition of this matter. The parties believe the requested extensions would preserve judicial resources in this matter.

11. This is the first stipulated motion to extend time to take discovery.

NOW, THEREFORE, the Parties hereby stipulate as follows:

12. The deadline for discovery cut-off shall be November 18, 2022, the deadline for dispositive motions to be filed shall be March 15, 2023, and this Court shall continue further pre-trial deadlines and trials in this matter by approximately three months.

Respectfully submitted this 8th day of July, 2022.

FOR THE SECRETARY

                          MARTIN J. WALSH
                          Solicitor of Labor

                          MARC A. PILOTIN
                          Regional Solicitor

                          ANDREW SCHWARTZ
                          Counsel

          /s/ Paige B. Pulley
Paige B. Pulley
Trial Attorney
Attorneys for Secretary of Labor
U.S. Department of Labor

FOR THE DEFENDANTS

/s/ Katryna Lyn Spearman, Esq.
Katryna Lyn Spearman, Esq.
LOWTHER WALKER, LLC

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the following discovery deadlines apply:
Discovery cut-off    November 18, 2022
Dispositive motion    March 15, 2023
Joint Pretrial Order    April 17, 2023
If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days decision on the dispositive motions or further court order.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  7-8-2022 _____