**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Martin J. Walsh, | |
|               Plaintiff(s), | 2:21-cv-00984-JAD-VCF |
| v. | **<u>ORDER</u>** |
| NAB, LLC, et al., | |
|               Defendant(s). | |

Before the Court is the motion to withdraw as counsel (ECF NO. 23).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as counsel (ECF NO. 23), is scheduled for 10:00 AM, February 9, 2023, in Courtroom 3D, third floor, Lloyd D. George Federal Courthouse, United States District Court, 333 Las Vegas Blvd, S., Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Defendants Nicole Brown and Asia Trinh must attend the scheduled hearing.

IT IS FURTHER ORDERED that an officer, director, or managing agent for Nab, LLC must attend the scheduled hearing.

IT IS FURTHER ORDERED that Katryna Lyn Spearman, Esq. and Paul S. Padda, Esq. must inform their clients of the scheduled hearing on February 9, 2023.

DATED this 24th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE