# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

MARTIN J. WALSH, Secretary of Labor,
United States Department of Labor,

            Plaintiff(s),

v.

NAB, LLC d/b/a NAB NAIL SALON d/b/a
NAB NAIL BAR., a Nevada limited liability
corporation, Asia Trinh, an individual and
managing agent of the Corporate Defendant,
Nicole Brown, an individual and managing
agent of the Corporate Defendant,

            Defendant(s).

2:21-cv-00984-JAD-VCF

**ORDER**

Before the Court is the joint motion requesting that the May 1, 2023 hearing be conducted in person (ECF NO. 37).

Accordingly,

IT IS HEREBY ORDERED that the joint motion requesting that the May 1, 2023 hearing be conducted in person (ECF NO. 37), is GRANTED.

The settlement conference scheduled for 10:00 a.m., May 1, 2023, will be conducted in-person in the chambers of the undersigned United States Magistrate Judge, Cam Ferenbach, located on the third floor of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Ste. 3005, Las Vegas, Nevada.

All other provisions of the order setting this settlement conference ECF No. 36 remain in effect.

DATED this 19th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1