1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Julie A. Su, Acting Secretary of Labor,
United States Department of Labor,

      Plaintiff

v.

NAB LLC, et al.,

      Defendants

Case No.: 2:21-cv-00984-JAD-EJY

**Order Granting Motion to Strike Documents Filed in Violation of Local Rules**

[ECF Nos. 60, 61, 62]

    In response to the Department of Labor's motion for sanctions,[1] pro se defendant Nicole Brown filed a 51-page brief[2] and a separate document subtitled "(Document 1) Evidence," which consists of 902 pages.[3]  Pointing out that both of these documents violate this court's local rules for the form and method of submitting documents for filing, the Department of Labor moves to strike them.[4]

    Indeed, Brown's filings grossly violate the rules of this court.  Local Rule 7-3(b) imposes a 24-page limit on responses to motions for sanctions.  Local Rule IA 10-3 explains the format and process for filing exhibits to motions.  Among other things, it requires exhibits and attachments to "be paginated," and "[a] cover sheet referencing the exhibit or attachment by number or letter must be the first page of each exhibit or attachment and must include a descriptor of the exhibit or attachment."[5]  Most importantly, the rule warns that exhibits must not

---

[1] ECF No. 45.

[2] ECF No. 60.

[3] ECF No. 61.

[4] ECF No. 62.

[5] Local Rule IA 10-3(c)-(e).

be "unnecessarily voluminous," and "exhibits in excess of 100 pages must be submitted in a separately bound appendix."[6]  Brown's 51-page response with another 902 pages of exhibits and attachments violate all of these rules.

IT IS THEREFORE ORDERED that the motion to strike these violative documents **[ECF No. 62] is GRANTED.  The Clerk of Court is directed to STRIKE [ECF Nos. 60, 61]** Brown's response to the motion for sanctions and its attachments.  Brown has until September 8, 2023, to file a revised and rule-compliant response to the motion for sanctions [ECF No. 45].

_____
U.S. District Judge Jennifer A. Dorsey
August 29, 2023

---

[6] Local Rule IA 10-3(h)-(i).