**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
Jeffrey.Winchester@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Respondents/Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Su,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>   Petitioner/Plaintiff,<br><br>  vs.<br><br>NAB LLC d/b/a NAB Nail Salon d/b/a NAB Nail Bar, a Nevada limited liability corporation; Asia Trinh, an individual and managing agent of the Corporate Defendant; Nicole Brown, an individual and Managing agent of the Corporate Defendant,<br><br>   Respondents/Defendants. | Case No. 2:21-cv-00984-JAD-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT NICOLE BROWN'S MOTION TO DISMISS [ECF 65] WITHOUT PREJUDICE**<br><br>ECF Nos. 65, 69 |

Respondent/Defendant NICOLE BROWN by and through her counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Petitioner/Plaintiff JULIE A. SU, Acting Secretary of Labor, United States Department of Labor, by and through her counsel of record for UNITED STATES DEPARTMENT OF LABOR, and hereby stipulate to withdraw Respondent/Defendant Nicole Brown's Motion to Dismiss [ECF 65] without prejudice to allow refiling at a future date, if appropriate.

/ / /

/ / /

/ / /

/ / /

129488369.1

**IT IS SO STIPULATED.**

DATED this 15th day of September, 2023

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/  *Jeffrey D. Winchester*
Jeffrey D. Winchester
Nevada Bar No. 10279
Email: jeffrey.winchester@lewisbrisbois.com
Jessica L. Beeler
Nevada Bar No. 15387
Email: jessica.beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorney for Respondents/Defendants*

DATED this 15th day of September, 2023

**UNITED STATES DEPARTMENT OF LABOR**

/s/   *Paige B. Pulley*
MARC A. PILOTIN
Regional Solicitor
ANDREW SCHULTZ
Counsel for Wage and Hour
PAIGE B. PULLEY (Cal. Bar No. 312596)
KATHRYN A. PANACCIONE
(Cal. Bar No. 332188)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
312 N. Spring Street, Room 720
Los Angeles, CA 90012-4701
*Attorneys for Petitioner/Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 69] and good cause appearing, IT IS ORDERED that Nicole Brown's motion to dismiss **[ECF No. 65] is deemed withdrawn without prejudice.**

_____
UNITED STATES DISTRICT JUDGE
September 18, 2023