**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY D. WINCHESTER
Nevada Bar No. 10279
Jeffrey.Winchester@lewisbrisbois.com
JESSICA L. BEELER
Nevada Bar. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendants NAB LLC d/b/a NAB Nail Salon d/b/a NAB Nail Bar; Asia Trinh; and Nicole Brown*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Julie A. Su<br>Acting Secretary of Labor,<br>United States Department of Labor,,<br><br>            Petitioner/Plaintiff,<br><br>    vs.<br><br>NAB LLC d/b/a NAB Nail Salon<br>d/b/a NAB Nail Bar, a Nevada limed liability corporation; Asia Trinh, l an individual and managing agent of the Corporate Defendant; Nicole Brown, an individual and Managing agent of the Corporate Defendant,<br><br>            Respondents/Defendants. | Case No. 2:21-cv-00984-JAD-VCF<br><br>**~~PROPOSED~~ STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO ACTING SECRETARY OF LABOR'S MEMORANDUM FOR ATTORNEYS' FEES AND COSTS** |

Defendants NAB LLC d/b/a NAB Nail Salon d/b/a NAB Nail Bar, Asia Trinh, and Nicole Brown (hereinafter collectively referred to as "Defendants"), by and through their counsel of record, the law firm Lewis Brisbois Bisgaard & Smith LLP, hereby Stipulate with Plaintiff, Acting Secretary of Labor, United States Department of Labor (herein after

134061766.1

referred to as "Plaintiff"), by and through its attorneys of record, Office of the Solicitor, to extend the time Defendants have to Respond to Plaintiff's Memorandum for Attorneys' Fees and Costs [ECF No. 76] from January 5, 2024, to January 12, 2024.

**IT IS SO STIPULATED.**

| DATED this 5th of January, 2024 | DATED this 5th of January, 2024 |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | OFFICE OF THE SOLICITOR |
| /s/ *Jeffrey D. Winchester* | /s/ *Paige B. Pulley* |
| JEFFREY D. WINCHESTER, ESQ.<br>Nevada Bar No. 10279<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* | PAIGE B. PULLEY<br>California Bar No. 312596<br>KATHRYN A. PANACCIONE, ESQ.<br>California Bar No. 332188<br>90 7th Street, Suite 3-700<br>San Francisco, CA 94103<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 5, 2024

134061766.1                                    2