UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Julie A. Su,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>          Plaintiff,<br><br>     v.<br><br>NAB LLC d/b/a NAB Nail Salon d/b/a NAB Nail Bar, a Nevada limited liability corporation; Asia Trinh, an individual and managing agent of the Corporate Defendant; Nicole Brown, an individual and managing agent of the Corporate Defendant,<br><br>          Defendants. | Case No. 2:21-cv-00984-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Notice Requesting a Scheduling Conference seeking a hearing at which deadlines applicable to this case would be set. ECF No. 82. Also pending is the Motion to Withdraw as Counsel for Defendants. ECF No. 83. In the absence of counsel for Defendants, a scheduling conference does not make sense. Once the Motion to Withdraw is ruled upon, the Court will set deadlines pertaining to discovery, if any, dispositive motions, and the joint pretrial order. It is through the joint pretrial order to be filed before District Judge Dorsey that a trial date will be set.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Notice Requesting a Scheduling Conference (ECF No. 82) is DENIED without prejudice.

IT IS FURTHER ORDERED that Defense Counsel **must** mail a copy of this Order to Defendants at their last know addresses. If known, the Order may also be emailed to Defendants.

Dated this 15th day of February, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1