UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Julie A. Su,<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>NAB LLC d/b/a NAB Nail Salon d/b/a NAB Nail Bar, a Nevada limited liability corporation; Asia Trinh, an individual and managing agent of the Corporate Defendant; Nicole Brown, an individual and managing agent of the Corporate Defendant,<br><br>Defendants. | Case No. 2:21-cv-00984-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendants' Motion to Extend Discovery. ECF No. 89. Based on Defendants' representation regarding challenges they face, the Court grants Defendants' Motion in part as follows.

IT IS HEREBY ORDERED that Defendants' Motion to Extend Discovery (ECF No. 89) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Defendants will have through and including **April 2, 2024** to have new counsel file a notice of appearance with the Court. Nothing about this Order prevents Defendants from retaining counsel after April 2, 2024; however, it is this date from which the deadlines to file dispositive motions and the joint pretrial order is measured.

IT IS FURTHER ORDERED that the deadline to file dispositive motions is extended to **May 2, 2024**. If no dispositive motions are filed, the proposed joint pretrial order will be due **June 3, 2024**. No other extension of deadlines is granted.

1

1    IT IS FURTHER ORDERED that the above deadlines will not be extended absent a stipulation by the parties.

Dated this 27th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE