1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MARC A. PILOTIN
Regional Solicitor
ANDREW J. SCHULTZ
Counsel for Wage and Hour
PAIGE B. PULLEY (Cal Bar No. 312596)
KATHRYN A. PANACCIONE (Cal. Bar No. 332188)
Trial Attorneys
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (415) 625-2707
Pulley.Paige.B@dol.gov
*Attorneys for Plaintiff Julie A. Su,*
*Acting United States Secretary of*
*Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **JULIE A. SU**<br>   Acting Secretary of Labor,<br>   United States Department of Labor,<br><br>                    Plaintiff,<br><br>vs.<br><br>**NAB LLC d/b/a NAB NAIL SALON d/b/a NAB NAIL BAR**, a Nevada limited liability corporation, **ASIA TRINH**, an individual and managing agent of the Corporate Defendant, **NICOLE BROWN**, an individual and managing agent of the Corporate Defendant,<br><br>                    Defendants. | Case No.:  2:21-cv-00984-JAD-VCF<br><br><br>**MOTION TO WITHDRAW AS COUNSEL FOR THE ACTING SECRETARY** |

      The Acting Secretary respectfully requests that the Court allow counsel Paige B. Pulley

to withdraw from this matter. Ms. Pulley will be leaving her position with the Department of

MOTION TO WITHDRAW AS COUNSEL FOR THE ACTING SECRETARY - 1

Labor on November 1, 2024. The Acting Secretary is currently represented by Ms. Pulley and

Ms. Panaccione. Ms. Panaccione entered her notice of appearance with the Court on October 14,

2022 (ECF No. 20) and she will remain counsel for the Acting Secretary in this matter. Ms.

Pulley's withdraw will not cause any delay to any future trial, or any hearing in this case, and

discovery is closed. The undersigned counsel has served this motion on Defendants pursuant to

LR IA 11-6(b).

Respectfully submitted,

Dated: October 3, 2024

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

ANDREW SCHULTZ
Counsel for Wage and Hour

KATHRYN A. PANACCIONE

/s/   Paige B. Pulley
Paige B. Pulley
Trial Attorneys
Attorneys for Plaintiff

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  October 3, 2024