AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Lori Chavez-DeRemer,

              Plaintiff,

   v.

NAB, LLC, Asia Trinh, and Nicole Brown,

              Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00984-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that JUDGMENT is entered in favor of Plaintiff Lori Chavez-DeRemer, the Secretary of Labor of the United States Department of Labor, and against Defendants NAB, LLC, Nicole Brown, and Asia Trinh, jointly and severally in the total amount of $690,005.78, which is comprised of back wages in the amount of $345,002.89 and liquidated damages in the amount of $345,002.89. Post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961.

7/3/2025  
Date

DEBRA K. KEMPI  
Clerk

*Andy Freeman* (signature)  
Deputy Clerk